UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY GIOVANNI JOSEPH, 90795,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SAN FRANCISCO GENERAL HOSPITAL,<br><br>　　　　　Defendant(s). | Case No. 22-cv-01479-CRB  (PR)<br><br>**ORDER OF DISMISSAL** |

　　　On May 16, 2022, the court dismissed plaintiff's <u>pro se</u> complaint for damages under 42 U.S.C. § 1983 with leave to amend within 28 days to cure various deficiencies, if possible. The court warned plaintiff that "[f]ailure to file a proper amended complaint within the designated time will result in the dismissal of this action." May 16, 2022 Order (ECF No. 15) at 2.

　　　More than 28 days have passed, and plaintiff has neither filed a proper amended complaint nor sought an extension of time to do so. This action according is DISMISSED.

　　　The clerk is instructed to close the file.

　　　**IT IS SO ORDERED**.

Dated:　June 22, 2022

　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　　　　　United States District Judge